NOTE: This is a nonprecedential order.

# United States Court of Appeals for the Federal Circuit

## 2008-1561

STANLEY A. SLUPKOWSKI,

Petitioner-Appellant,

v.

JUDGE ADVOCATE GENERAL DEPARTMENT OF THE UNITED STATES NAVY, GENERAL COUNSEL DEPARTMENT OF HEALTH AND HUMAN SERVICES, and GENERAL COUNSEL DEPARTMENT OF VETERANS AFFAIRS.

Respondents-Appellees.

Appeal from the United States District Court for the District of Columbia in case no. 1:08-MC-00506, Judge Colleen Kollar-Kotelly.

ON MOTION

Before MICHEL, Chief Judge, RADER and PROST, Circuit Judges.

PER CURIAM.

## O R D E R

Stanley A. Slupkowski moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY - 7 2009**

_____
Date

cc: Stanley A. Slupkowski
David A. Harrington, Esq.

s20

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY -7 2009

JAN HORBALY
CLERK